# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152946-8(86)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

MOHAMMAD MASROOR,
     Defendant-Appellee.

_____/

SC: 152946-8
COA: 322280; 322281; 322282
Wayne CC:  14-000869-FC;
               14-000858-FC;
               14-000857-FC

On order of the Chief Justice, the second motion of defendant-appellee to extend the time for filing his brief is GRANTED. The brief submitted on September 22, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2016

